## 13730.  WALKER v. THE STATE.

In not showing the year in which the crop was grown, or the amount of
  it sold or disposed of by the cropper, the indictment in this case (a
  prosecution under section 729 of the Penal Code of 1910) was subject
  to special·demurrer.
The court erred in overruling the special demurrer; and this error ren-
  dered nugatory the subsequent proceedings in the case.

DECIDED JULY 25, 1922.

Indictment for unlawful disposal of crop; from Atkinson su-
perior court — Judge Dickerson.  June 10, 1922.

E. L. Grantham, for plaintiff in error.

J. D. Lovett, solicitor-general, contra.

LUKE, J.   The indictment charged D. N. Walker with " the of-
fense of a misdemeanor, for that the said accused on the 15th
day of October, in the year 1919,  . . , unlawfully and with force
and arms did sell and otherwise dispose of the crop grown by him
on the lands of J. E. Bryant, his landlord, and without the consent
of the said landlord and before said landlord had received his
part of 'the entire crop, and before payment in full had been made
for all advances made to the cropper in the year the [crop?] was
raised to aid in making said crop, that the said D. N. Walker
sold tobacco to Ross-McLain Tobacco Warehouse Company, in
Douglas, Georgia, several two-horse wagon loads of tobacco raised
on said lands and a part of said crop, and only accounting to his
landlord, J. E. Bryant, in the sum of $2.75, defrauding him, the
said J. E. Bryant, out of the balance of said sale of tobacco,
except the said amount of $2.75 above mentioned, contrary to the
laws of said State," etc.   The defendant demurred to the indict-
ment, upon the grounds that it did not allege in what year the
crop was grown and disposed of, nor how much of the crop was
disposed of, nor what amount of the crop belonged to the alleged
landlord, and upon the further ground that the indictment was
vague and indefinite, and was not sufficient to put the defendant
upon notice of what he was called upon to defend.   The court over-
ruled the demurrer, and the defendant excepted.

It was error to overrule the special demurrer to the indictment.
The indictment did not allege the year in which the crops were
grown, nor did it sufficiently allege the amount of the crop disposed
of.  Since the court erred in overruling the special demurrer, every-
thing occurring thereafter was nugatory.

Judgment reversed.  Broyles, C. J., and Bloodworth, J., concur.